RICHARD S. HARTUNIAN
United States Attorney
Emily M. Fishman
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2644
emily.fishman@ssa.gov
Bar Roll No. 518330



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JANET LAWSON,

                                        Plaintiff,

                                                            No. 14-cv-00051-DNH-CFH

            v.

CAROLYN W. COLVIN, ACTING                        CONSENT ORDER TO REMAND
COMMISSIONER OF SOCIAL SECURITY,                 PURSUANT TO SENTENCE 4 OF
                                                 42 U.S.C. § 405(g)

                                        Defendant.
-------------------------------------------------------------x

This matter having been opened to the Court by Richard S. Hartunian, United States

Attorney for the Northern District of New York, and Emily M. Fishman, Special Assistant

United States Attorney, attorneys for the Defendant, for an Order remanding the within cause of

action to the Defendant pursuant to sentence 4 of 42 U.S.C. §405(g) so that further

administrative action may be taken (including a new hearing and a new decision, and

consideration of a physician's medical report from Dr. Myles Howard, dated June 7, 2012); and

Plaintiff, through the undersigned attorneys, having consented to the within order and the

requested remand; and the Court having considered the matter,

IT IS on this  5th  day of __May_2014;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the

matter is REMANDED to the Defendant for further administrative action including a *de novo* hearing,

and it is further

ORDERED that the within matter, be and hereby is, DISMISSED, and the Clerk is hereby

directed to enter judgment, in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The parties agree that nothing in this order (and subsequent final judgment) prohibits Plaintiff from

filing a request for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.


_____
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

BY:     */s/ Emily M. Fishman*
        Emily M. Fishman, Esq.
        Special Assistant United States Attorney
        Attorney for Defendant
        Bar Roll No. 518330



BY:     /s/ Steven R. Dolson
        Steven R. Dolson, Esq.
        Bar Roll No. 512788
        Attorney for Plaintiff
        126 N. Salina St., Ste. 3B
        Syracuse, NY 13202
        (315) 423-3328
        sdolson@dolsonattorneys.com